# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ASBACH, JOHN W.                          § Case No. 08-09333
                                                §
                                                §
Debtor(s)                                       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 16, 2008. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $       25,908.60

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 65.25 |
   | Bank service fees | 211.76 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 25,631.59 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/26/2008 and the deadline for filing governmental claims was 10/13/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,340.86. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,340.86, for a total compensation of $3,340.86.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $65.25 and now requests reimbursement for expenses of $0.00, for total expenses of $65.25.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/06/2011          By:/s/JOHN E. GIERUM
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

## *EXHIBIT"A"*

This is a case where the Trustee sold the estate's one half interest and the co-owners interest in a vacant lot in a recreational development and received one half of the net proceeds. The closing and the transaction were complicated by the location of the closing and the peculiarities due to the requirements of the development.

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 08-09333 | | Trustee: | (520171) JOHN E. GIERUM |
|---|---|---|---|---|
| Case Name: | ASBACH, JOHN W. | | Filed (f) or Converted (c): | 04/16/08 (f) |
| | | | §341(a) Meeting Date: | 05/19/08 |
| Period Ending: | 11/06/11 | | Claims Bar Date: | 08/26/08 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 588 Turtle Pond Court, Lake Zurich, IL 50% | 415,000.00 | 17,000.00 | DA | 0.00 | FA |
| 2 | ER 31 Lot #11, Galena, Illinois 50% | 120,000.00 | 120,000.00 | | 25,882.57 | FA |
| 3 | cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 4 | Chase Bank, Lake Zurich, IL, Savings Account | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | Chase Bank, Lake Zurich, IL, Checking: 111001520 | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | Goods and Furnishings at 588 Turtle Pond | 1,750.00 | 0.00 | DA | 0.00 | FA |
| 7 | clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term Life Insurance $2,000,000 Policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Pension with Putnam Investments | 29,443.41 | 0.00 | DA | 0.00 | FA |
| 10 | Asbach, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | J&J Wholesale Building Supply, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2002 Ford Excursion | 8,000.00 | 5,600.00 | DA | 0.00 | FA |
| 13 | 2007 Chevy Express | 15,300.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2008 Crossroads Cruiser Trailer | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Tools | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 26.03 | Unknown |
| 16 | Assets Totals (Excluding unknown values) | $616,863.41 | $142,600.00 | | $25,908.60 | $0.00 |

**Major Activities Affecting Case Closing:**

reviewing claims and tax work

Initial Projected Date Of Final Report (TFR): December 31, 2010  Current Projected Date Of Final Report (TFR): December 31, 2011

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-09333 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | ASBACH, JOHN W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*03-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*9765 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/05/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #}/ Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/31/08 | {2} | Galena State Bank and Trust Co. | SALE PROCEEDS( 1/2 of net proceeds) | 1110-000 | 25,882.57 | | 25,882.57 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 25,883.48 |
| 02/19/09 | | To Account #\*\*\*\*\*\*\*\*0366 | BOND REIMBURSEMENT | 9999-000 | | 22.52 | 25,860.96 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.98 | | 25,861.94 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 25,863.06 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 25,864.11 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.02 | | 25,865.13 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 25,866.25 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 25,867.34 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 25,868.43 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 25,869.48 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 25,870.53 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 25,871.62 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 25,872.71 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.02 | | 25,873.73 |
| 02/12/10 | | To Account #\*\*\*\*\*\*\*\*0366 | TRANSFER OF FUNDS | 9999-000 | | 20.14 | 25,853.59 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.98 | | 25,854.57 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.16 | | 25,855.73 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.66 | | 25,856.39 |
| 04/20/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*0365 | Wire out to BNYM account 9200\*\*\*\*\*\*0365 | 9999-000 | -25,856.39 | | 0.00 |
| | | | ACCOUNT TOTALS | | 42.66 | 42.66 | $0.00 |
| | | | Less: Bank Transfers | | -25,856.39 | 42.66 | |
| | | | **Subtotal** | | 25,899.05 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,899.05** | **$0.00** | |

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-09333 | | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | ASBACH, JOHN W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****03-66 - Checking Account |
| Taxpayer ID #: | **-***9765 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/06/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/19/09 | | From Account #********0365 | BOND REIMBURSEMENT | 9999-000 | 22.52 | | 22.52 |
| 02/19/09 | 101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #08-09333, Reimbursement for Ch. 7 Blanket Bond | 2200-000 | | 22.52 | 0.00 |
| 02/12/10 | | From Account #********0365 | TRANSFER OF FUNDS | 9999-000 | 20.14 | | 20.14 |
| 02/12/10 | 102 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 08-09333 | 2200-000 | | 20.14 | 0.00 |
| | | | ACCOUNT TOTALS | | 42.66 | 42.66 | $0.00 |
| | | | Less: Bank Transfers | | 42.66 | 0.00 | |
| | | | Subtotal | | 0.00 | 42.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $42.66 | |

{} Asset reference(s)    Printed: 11/06/2011 12:06 PM   V.12.57

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-09333 | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|
| Case Name: | ASBACH, JOHN W. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******03-65 - Money Market Account |
| Taxpayer ID #: | **-***9765 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/06/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0365 | Wire in from JPMorgan Chase Bank, N.A. account ********0365 | 9999-000 | 25,856.39 | | 25,856.39 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.54 | | 25,856.93 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.54 | | 25,858.47 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.49 | | 25,859.96 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.53 | | 25,861.49 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.53 | | 25,863.02 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,863.23 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,863.44 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,863.65 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,863.86 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,864.07 |
| 02/04/11 | | To Account #9200******0366 | TRANSFER OF FUNDS | 9999-000 | | 22.59 | 25,841.48 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 25,841.67 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,841.88 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,842.09 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,842.30 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,842.51 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,842.72 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.56 | 25,793.16 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,793.37 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.08 | 25,733.29 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.77 | 25,735.06 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,735.27 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.88 | 25,682.39 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,682.60 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.01 | 25,631.59 |

|  |  | Receipts | Disbursements |  |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 25,865.94 | 234.35 | $25,631.59 |
| | Less: Bank Transfers | 25,856.39 | 22.59 | |
| | Subtotal | 9.55 | 211.76 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $9.55 | $211.76 | |

{} Asset reference(s)

Printed: 11/06/2011 12:06 PM    V.12.57

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 08-09333 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | ASBACH, JOHN W. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******03-66 - Checking Account |
| Taxpayer ID #: | **-***9765 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/06/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/11 | | From Account #9200******0365 | TRANSFER OF FUNDS | 9999-000 | 22.59 | | 22.59 |
| 02/07/11 | 10103 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #08-09333, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 22.59 | 0.00 |
| | | | ACCOUNT TOTALS | | 22.59 | 22.59 | $0.00 |
| | | | Less: Bank Transfers | | 22.59 | 0.00 | |
| | | | Subtotal | | 0.00 | 22.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $22.59 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****03-65 | 25,899.05 | 0.00 | 0.00 |
| Checking # ***-*****03-66 | 0.00 | 42.66 | 0.00 |
| MMA # 9200-******03-65 | 9.55 | 211.76 | 25,631.59 |
| Checking # 9200-******03-66 | 0.00 | 22.59 | 0.00 |
| | $25,908.60 | $277.01 | $25,631.59 |

## Claims Proposed Distribution

### Case: 08-09333   ASBACH, JOHN W.

| Case Balance: | $25,631.59 | Total Proposed Payment: | $25,631.59 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | JOHN E. GIERUM <br> <2100-00 Trustee Compensation> | Admin Ch. 7 | 3,340.86 | 3,340.86 | 0.00 | 3,340.86 | 3,340.86 | 22,290.73 |
|  | Lois West, Popowcer Katten, Ltd. <br> <3410-00 Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 900.00 | 900.00 | 0.00 | 900.00 | 900.00 | 21,390.73 |
|  | JOHN E. GIERUM <br> <2200-00 Trustee Expenses> | Admin Ch. 7 | 65.25 | 65.25 | 65.25 | 0.00 | 0.00 | 21,390.73 |
| 1 | Capital Recovery II | Unsecured | 5,936.89 | 5,936.89 | 0.00 | 5,936.89 | 569.33 | 20,821.40 |
| 2 | Edward Hines Lumber | Unsecured | 165,313.66 | 165,313.66 | 0.00 | 165,313.66 | 15,853.12 | 4,968.28 |
| 3 | Wells Fargo Bank, N.A. | Unsecured | 34,736.28 | 34,736.28 | 0.00 | 34,736.28 | 3,331.11 | 1,637.17 |
| 4 -2 | CHASE BANK USA, NA | Unsecured | 11,875.96 | 11,875.96 | 0.00 | 11,875.96 | 1,138.87 | 498.30 |
| 5 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Unsecured | 5,196.15 | 5,196.15 | 0.00 | 5,196.15 | 498.30 | 0.00 |
|  | Total for Case 08-09333 : |  | $227,365.05 | $227,365.05 | $65.25 | $227,299.80 | $25,631.59 |  |

### CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $4,306.11 | $4,306.11 | $65.25 | $4,240.86 | 100.000000% |
| Total Unsecured Claims : | $223,058.94 | $223,058.94 | $0.00 | $21,390.73 | 9.589721% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-09333
Case Name: ASBACH, JOHN W.
Trustee Name: JOHN E. GIERUM

**Balance on hand:** $ 25,631.59

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 25,631.59

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 3,340.86 | 0.00 | 3,340.86 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 900.00 | 0.00 | 900.00 |

Total to be paid for chapter 7 administration expenses: $ 4,240.86
Remaining balance: $ 21,390.73

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 21,390.73

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

UST Form 101-7-TFR (05/1/2011)

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 21,390.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 223,058.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital Recovery II | 5,936.89 | 0.00 | 569.33 |
| 2 | Edward Hines Lumber | 165,313.66 | 0.00 | 15,853.12 |
| 3 | Wells Fargo Bank, N.A. | 34,736.28 | 0.00 | 3,331.11 |
| 4 -2 | CHASE BANK USA, NA | 11,875.96 | 0.00 | 1,138.87 |
| 5 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 5,196.15 | 0.00 | 498.30 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 21,390.73 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)