# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: ASBACH, JOHN W.                                       §       Case No. 08-09333
                                                             §
                                                             §
Debtor(s)                                                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOHN E. GIERUM                      , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 02:00pm on 01/27/2012 in Courtroom B, Lake County Courthouse,
Park City Branch Court
301 Greenleaf Avenue
Park City, Il 60085-5725.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  12/05/2011          By:  /s/JOHN E. GIERUM

                                                Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: ASBACH, JOHN W. § Case No. 08-09333
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 25,908.81 |
| *and approved disbursements of* | $ | 277.01 |
| *leaving a balance on hand of* [1] | $ | 25,631.80 |

**Balance on hand:**  $  25,631.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---:|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 25,631.80 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 3,340.86 | 0.00 | 3,340.86 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 900.00 | 0.00 | 900.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ | 4,240.86 |
| Remaining balance: | $ | 21,390.94 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 21,390.94

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 21,390.94

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 223,058.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital Recovery II | 5,936.89 | 0.00 | 569.33 |
| 2 | Edward Hines Lumber | 165,313.66 | 0.00 | 15,853.12 |
| 3 | Wells Fargo Bank, N.A. | 34,736.28 | 0.00 | 3,331.11 |
| 4 -2 | CHASE BANK USA, NA | 11,875.96 | 0.00 | 1,138.87 |
| 5 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 5,196.15 | 0.00 | 498.30 |

Total to be paid for timely general unsecured claims: $ 21,390.73

Remaining balance: $ 0.21

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.21 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.21 |

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 08-09333-ABG
John W. Asbach                                                      Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dcarroll          Page 1 of 3          Date Rcvd: Dec 07, 2011
                              Form ID: pdf006         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2011.
db          +John W. Asbach,    588 Turtle Pond Court,   Lake Zurich, IL 60047-2833
aty         +William J Mantas,   Gierum & Mantas,    1030 W Higgins Rd #220,   Park Ridge, IL 60068-5761
12146932     ABC Supply,   29 W. 581 North Ave.,    Carol Stream, IL 60125
12146933     Asbach Inc.,   10307 E. Main,    Richmond, IL 60071
12517441    +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
14349613     CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
12146935    +Chase Card Services,    P.O. Box 15153,   Wilmington, DE 19850-5153
12146936    +Cindy Asbach,   588 Turtle Pond Court,    Lake Zurich, IL 60047-2833
12146937    +Cindy M. Asbach,    588 Turtle Pond Ct.,   Lake Zurich, IL 60047-2833
12146938    +Edward Hines Lumber,    1000 Corporate Dr.,   Buffalo Grove, IL 60089-4550
12146939     Fifth Third Bank Chicago,    P.O. Box 630778,   Cincinnati, OH 45263-0778
12146940     Gypsum Supply,   1125 Harrison Ave.,    Rockford, IL 61104-7293
12146941     Home Depot,   P.O. Box 689147,    Des Moines, IA 50368-9147
12146942     Home Depot Credit Services,    P.O. Box 6029,   The Lakes, NV 88901-6029
12146945     Jeff Asbach,   574 W. 17408 Lake Dr.,    Muskego, WI 53150
12146946    +Jeff Asbach,   S74 W17408 Lake Dr.,    Muskego, WI 53150-9358
12146947    +National City Bank,    LOC 7180,   P.O. Box 94991,   Cleveland, OH 44101-4991
12146948    +Northbrook Bank & Trust,    1100 Waukegan Rd.,   Northbrook, IL 60062-4663
12146949   ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
            (address filed with court: Wachovia Dealer Services,    P.O. Box 25341,
             Santa Ana, CA 92799-5341)
12383998    +Wells Fargo Bank, N.A.,    100 W. Washington St.,   Phoenix, AZ 85003-1828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12684323    +E-mail/PDF: rmscedi@recoverycorp.com Dec 08 2011 02:57:38    Capital Recovery II,
             25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12546436    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 08 2011 02:53:31
             FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
             4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
12316263    +E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2011 02:57:32
             GE Money Bank dba JCPENNEY CREDIT SERVICES,    Recovery Management Systems Corporation,
             For GE Money Bank,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12146943    +E-mail/Text: bankruptcy@ingdirect.com Dec 08 2011 02:21:51    ING Direct,   P.O. Box 60,
             Saint Cloud, MN 56302-0060
12146944     E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2011 02:57:32    JC Penney,   P.O. Box 960090,
             Orlando, FL 32896-0090
12684324     E-mail/PDF: rmscedi@recoverycorp.com Dec 08 2011 03:03:58
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
12146951    +E-mail/Text: bankruptcy@wrightexpress.com Dec 08 2011 02:23:35    Wright Express,   P.O. Box 639,
             Portland, ME 04104-0639
                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12146934   ##+Bank of America,   P.O. Box 15726,   Wilmington, DE 19850-5726
12146950   ##+Walter Asbach,   W5335 Lauderdale Dr.,   Elkhorn, WI 53121-2455
                                                                    TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: dcarroll          Page 2 of 3          Date Rcvd: Dec 07, 2011
                            Form ID: pdf006          Total Noticed: 27

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 09, 2011                    Signature:

District/off: 0752-1          User: dcarroll          Page 3 of 3          Date Rcvd: Dec 07, 2011
                             Form ID: pdf006          Total Noticed: 27

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2011 at the address(es) listed below:
          Jeffrey C Dan    on behalf of Debtor John Asbach jdan@craneheyman.com,
            gbalderas@craneheyman.com;dwelch@craneheyman.com
          John E Gierum    on behalf of Trustee John Gierum jgierum@7trustee.net,
            joanne@gierummantas.com;karen@gierummantas.com
          John E Gierum    jgierum@7trustee.net,  IL25@ecfcbis.com
          Monette W Cope    on behalf of Creditor  Fifth Third Bank ecfnil@weltman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                              TOTAL: 5